UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
March 10, 2003

No. 02-2217
CA-01-340-2-12

MELVIN COBB

    Plaintiff - Appellee

v.

VETERANS LIFE INSURANCE COMPANY

    Defendant - Appellant

FILED
MAR 1 4 2003
LARRY W. PROPES, CLERK
CHARLESTON, SC

O R D E R

Appellant has filed a consent motion to dismiss.

The Court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure. The Clerk of this Court will issue a certified copy of this order to the Clerk of the District Court as and for the mandate.

For the Court - By Direction

/s/ Patricia S. Connor
_____
CLERK

A True Copy, Teste:
Patricia S. Connor, Clerk
By: _____
Deputy Clerk

69